**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Angelika Bartos                      CHAPTER 13

Debtor(s)

BKY. NO. 22-20356 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-3 Home Equity Pass-Through Certificates, Series 2007-3 and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ **Brian C. Nicholas**

Brian Nicholas
10 Mar 2022, 07:29:03, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 60dbae3c742c2d77f8dcbde0cd748fd1a80b2c81eb30461a3d7aa8bdc988ffea