

**RESURGENT**
*Capital Services*™

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

22-20356

DEBTOR(S):

ANGELIKA BARTOS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $696.68

CREDITOR'S SIGNATURE:

/s/ David Lamb

CREDITOR CONTACT INFO:

PYOD, LLC

Resurgent Capital Services

PO Box 19008

Greenville, SC 29602

(877) 264-5884

DATE:

3/18/2022

SO ORDERED
March 21, 2022

asg

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 22-20356-TPA
Angelika Bartos                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 2
Date Rcvd: Mar 21, 2022 | Form ID: pdf900 | Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

**Recip ID**    **Recipient Name and Address**
db    Angelika Bartos, 167 Davis Avenue, Pittsburgh, PA 15202-3971

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2022 23:19:56 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2007-3 HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2007-3 bnicholas@kmllawgroup.com |
| Brian J. Bleasdale | on behalf of Debtor Angelika Bartos bleasdb@yahoo.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

District/off: 0315-2                        User: auto                              Page 2 of 2
Date Rcvd: Mar 21, 2022                    Form ID: pdf900                        Total Noticed: 2

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com


TOTAL: 5