IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/13/22 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

ANGELIKA BARTOS : Case No. 22-20356-TPA
   *Debtor* : Chapter 13
    : Related to Doc. Nos. 15, 28

## **ORDER**

By the Order of August 13, 2021 entered in Misc. No. 21-00211, *Judge Agresti's Chapter 13 Electronic Confirmation Order Procedure* ("eCOP") was mandated to be used in all of his pending and future Chapter 13 cases. Paragraph 6 of *eCOP* provides the requirement for debtor's counsel to upload the proposed Confirmation Order within 3 days after the Chapter 13 Trustee files a virtual entry indicating that a proposed Confirmation Order is to be filed. This requirement applies even if the proposed Confirmation Order will require further attention by the Parties following receipt and review by the debtor's counsel. Paragraph 6 of *eCOP* further provides that a failure to comply by the debtor's counsel will result in a $150 sanction against counsel without further notice or hearing.

In the present case, on April 4, 2022, the Debtor's Section 341 Meeting and Conciliation were held on the Debtor's Plan dated March 1, 2022. The Chapter 13 Trustee then filed a virtual entry of April 4, 2022 at Doc. No. 28. Debtor's Counsel was therefore required to upload the proposed Confirmation Order to the docket on or before April 7, 2022. The Debtor's Counsel has failed to do so and a sanction must therefore be imposed.

*AND NOW*, this **13th** day of ***April, 2022***, for the foregoing reasons, it is hereby **ORDERED, ADJUDGED** and **DECREED** that a ***mandatory fine of $150*** is imposed against ***Brian J. Bleasdale, Esq.***, to be paid ***on or before April 16, 2022***. ***Furthermore***, Counsel is directed to upload the agreed upon proposed Confirmation Order ***as soon as possible***, and in ***no event later than April 16, 2022***. Failure to immediately comply herewith will result in the issuance of an Order to Show Cause against Counsel under which additional sanctions may be imposed including a further monetary fine or dismissal of the case.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Brian J. Bleasdale, Esq.
    Ronda Winnecour, Ch. 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20356-TPA |
| Angelika Bartos | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Angelika Bartos, 167 Davis Avenue, Pittsburgh, PA 15202-3971 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2007-3 HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2007-3 bnicholas@kmllawgroup.com |
| Brian J. Bleasdale | on behalf of Debtor Angelika Bartos bleasdb@yahoo.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5