IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                              :    Case No. 22-20356-CMB
    Angelika Bartos                      :
                                                    :    Chapter 13
_____        :
                                                    :
    Angelika Bartos                      :
                                                    :
        Movant                             :
                                                    :
    vs.                                          :
                                                    :
U.S. Bank National Association, as trustee,   :
On behalf of the holders of the Home Equity  :
Asset Trust 2007-3 Home Equity Pass       :
Through Certificates, Series 2007-3          :
        Respondent                      :

## DECLARATION REGARDING MONTHLY PAYMENT CHANGE

**AND NOW**, comes the Debtor, Angelica Bartos, by and through her attorney, Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, PC, and file the within Declaration Regarding Monthly Payment Change, and in support of aver as follows:

1. The Debtor, Angelika Bartos, is an adult individual presently residing at 167 Davis Avenue, Pittsburgh, PA 15202.

2. Counsel for the Debtor is Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, P.C.

3. The mortgage company for Debtor's residence is U.S. Bank National Association, et al.

4. The new post-petition monthly payment payable to U.S. Bank National Association, et al. is $644.18 effective May 1, 2023, per the Notice of Mortgage Payment Change dated February 3, 2023.

5. Debtor's counsel has reviewed the existing plan, recomputed the plan payment, and finds that the existing payment is sufficient to fund the plan.

Respectfully submitted,

Date: February 27, 2023

By: /s/ Brian J. Bleasdale
Brian J. Bleasdale
BLEASDALE LAW OFFICE, PC
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215
Tel: 412-726-7713
Fax: 412-404-8958
bbleasdale@bleasdalelaw.com