**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANGELIKA BARTOS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Case No.:22-20356<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/01/2022  and confirmed on 04/15/2022 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 36,947.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 36,947.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,700.00 | |
|     Trustee Fee | 1,623.60 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,323.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 13,505.58 | 0.00 | 13,505.58 |
|     Acct: 5403 | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL | 75,773.83 | 17,106.82 | 0.00 | 17,106.82 |
|     Acct: 5403 | | | | |
|   BELLEVUE BOROUGH (SWG) | 2,341.07 | 0.00 | 0.00 | 0.00 |
|     Acct: D251 | | | | |
|   BELLEVUE BOROUGH (SWG) | 243.48 | 0.00 | 0.00 | 0.00 |
|     Acct: D251 | | | | |
|   BELLEVUE BOROUGH (TRASH) | 1,308.26 | 0.00 | 0.00 | 0.00 |
|     Acct: D251 | | | | |
|   BELLEVUE BOROUGH (TRASH) | 1,338.53 | 0.00 | 0.00 | 0.00 |
|     Acct: D251 | | | | |
| | | | | 30,612.40 |
| **Priority** | | | | |
|   BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANGELIKA BARTOS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-20356 | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| ANGELIKA BARTOS | 11.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN J BLEASDALE ESQ | 4,700.00 | 4,700.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 11.00 | 11.00 | 0.00 | 11.00 |
| Acct: XXXXXXXXXXXXXXXXX0356 | | | | |
| | | | | 11.00 |
| **Unsecured** | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8607 | | | | |
| LVNV FUNDING LLC | 280.53 | 0.00 | 0.00 | 0.00 |
| Acct: 3187 | | | | |
| US DEPARTMENT OF EDUCATION | 71,677.69 | 0.00 | 0.00 | 0.00 |
| Acct: 1127 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0581 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9577 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7577 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 95.08 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 588.16 | 0.00 | 0.00 | 0.00 |
| Acct: 8657 | | | | |
| LVNV FUNDING LLC | 1,578.79 | 0.00 | 0.00 | 0.00 |
| Acct: 5593 | | | | |
| MERRICK BANK | 1,015.25 | 0.00 | 0.00 | 0.00 |
| Acct: 8864 | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9831 | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2045 | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5332 | | | | |
| LVNV FUNDING LLC | 1,539.43 | 0.00 | 0.00 | 0.00 |
| Acct: 7589 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 186.17 | 0.00 | 0.00 | 0.00 |
| Acct: 7488 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6985 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | | | 30,623.40 |
|---|---|---|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 11.00 |
| SECURED | 81,005.17 |
| UNSECURED | 76.961.10 |

Date: 09/09/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com